UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROGER G. VANBLARCOM,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　)　　　3　09　0342
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　　No. 3:09mc0053
　　　　　　　　　　　　　　　　)　　　Judge Campbell
DANIEL R. "RUSSELL" PULLEY,　　)
　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　)

## MEMORANDUM

The plaintiff is a resident of Murfreesboro, Tennessee. The statement of his claim is quoted below in its entirety:

> Beginning on September 13, 1993 and continuing for nearly two years, the defendant got up on the Federal Witness Stand in the courtrooms of U.S. Magistrate Judge Kent Sandidge III, U.S. Magistrate Judge William J. Haynes, Jr. and U.S. District Judge Robert Echols and denied the existence of federal government wiretaps on the Plaintiff's telephones, and falsely accused the Plaintiff of assaulting a federal officer, thus committing **multiple counts** of Perjury in Federal Court, entering the Plaintiff into the federal prison system for a period of one year.

(Docket Entry No. 1, ¶ 4, p. 1)(bold in the original) The plaintiff asks the Court to "[i]ssue a Federal Arrest Warrant for [the defendant] on charges of **PERJURY** in Federal Court (multiple counts)." (Docket Entry No 1, ¶ 5, p. 1)(bold in the original) The plaintiff asserts that he "will be pursuing five years in federal prison for each count." (Docket Entry No 1, ¶ 5, p 1)

The law is long settled that private citizens do not have a constitutional right to bring a criminal action against other individuals or entities. *See Diamond v. Charles*, 476 U.S. 54, 64-65 (1986); *Leeke v. Timmerman*, 454 U.S. 83, 85-86 (1981); *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973); *Younger v. Harris*, 401 U.S. 37, 42 (1971); *Baily v. Patterson*, 369 U.S. 31, 33 (1962);

*Poe v Ullman*, 367 U.S 497, 501 (1961). Because the plaintiff does not have a constitutional right to bring a criminal action against the defendant, the Court has no jurisdiction in this matter Accordingly, this action will be dismissed for want of jurisdiction

An appropriate order will be entered

*[Signature: Todd Campbell]*

Todd Campbell
United States District Judge